IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THOMAS LEE SMALLS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: 3-08-cv-0530 |
| vs. ) | |
| ) | |
| VANDERBILT MORTGAGE AND ) | |
| FINANCE, INC., ) | JUDGE ECHOLS |
| ) | Magistrate Judge Bryant |
| Defendant. ) | |
| ) | |

## PLAINTIFF THOMAS LEE SMALLS' MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Thomas Lee Smalls herby moves this Court for an Order of Voluntary Dismissal Without Prejudice of Plaintiff's case against Vanderbilt Mortgage and Finance, Inc., currently pending in this Court. The grounds for Plaintiff's Motion for Voluntary Dismissal Without Prejudice are stated more fully in Plaintiff's Memorandum of Law in support of Motion for Voluntary Dismissal Without Prejudice.

Respectfully submitted,

/s/ Hugh C. Howser, Jr.
Hugh C. Howser, Jr., #2415
Mark Smith, #16908
Mary Ellen Morris, #13356
Miller & Martin PLLC
1200 One Nashville Place
150 Fourth Avenue, North
Nashville, Tennessee 37219
(615) 744-8520
(615) 744-8660 (fax)
hhowser@millermartin.com
msmith@millermartin.com
memorris@millermartin.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

   I hereby certify that on July 17, 2008, a true and correct copy of the foregoing was served on the parties listed below via U.S. first-class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party.

  Samuel T. Bowman
  Baker, Donelson, Bearman,
   Caldwell & Berkowitz, P.C.
  Commerce Center, Suite 1000
  211 Commerce Street
  Nashville, TN 37201
  sbowman@bakerdonelson.com

  B. Rush Smith III
  Nelson Mullins Riley & Scarborough LLP
  1320 Main Street, 17th Floor
  Post Office Box 11070 (29211-1070)
  Columbia, SC 29201
  rush.smith@nelsonmullins.com

         **MILLER & MARTIN PLLC**

         By: /s/ Hugh C. Howser, Jr.